IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HELEN SWARTZ,

        Plaintiff,

v.

HILTON WORLDWIDE HOLDINGS, INC.,

        Defendant.

CIVIL ACTION
NO. 17-3545

## ORDER

**AND NOW**, this 17th day of November 2017, upon receipt of notice from counsel for Plaintiff informing this Court that this matter has settled (Doc. No. 6), it is **ORDERED** as follows:

1) The action is **DISMISSED WITH PREJUDICE** pursuant to Local Rule 41.1(b).[1]

2) The Clerk of Court shall close the above-captioned case for statistical purposes.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.

---

[1] Local Rule 41.1(b) provides that

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).